STATE OF CONNECTICUT *v.* KENNETH CAMPBELL

The state's petition for certification for appeal from the Appellate Session of the Superior Court is granted by the court.

*Robert E. Beach, Jr.,* assistant state's attorney, in support of the petition.

*Martin Epstein,* assistant public defender, in opposition.

Submitted June 18—decided June 28, 1979

STATE OF CONNECTICUT *v.* GEORGE A. SCHMIDT

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Ira B. Grudberg,* in support of the petition.

*Warren Maxwell, Jr.,* assistant state's attorney, in opposition.

Submitted June 26—decided July 12, 1979

CIRO BENCIVENGA ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF MILFORD

JOSEPH GENTA ET AL. *v.* JAMES AND LOWELL LOOMER

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Ansonia-Milford is denied by the court.

*Peter B. Cooper,* in support of the petition.

*John J. Coughlin* and *Andrew Broughel,* in opposition.